District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATOU SOWE,<br><br>                 Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, *et al.*,<br><br>                 Defendants. | Case No. 2:22-cv-592-JLR<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Note on Motion Calendar:<br>August 19, 2022 |

      Plaintiff brought this litigation pursuant to the Mandamus Act and Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-589 application. Dkt. No. 1. USCIS has adjudicated Plaintiff's application. Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS
2:22-cv-592 JLR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: August 19, 2022

| | |
|---|---|
| *s/ Adam Boyd* | NICHOLAS W. BROWN |
| ADAM BOYD, WSBA #49849 | United States Attorney |
| Gibbs Houston Pauw | |
| 1000 Second Ave., Ste. 1600 | *s/ Michelle R. Lambert* |
| Seattle, WA 98104 | MICHELLE R. LAMBERT |
| Phone: 206-682-1080 | NYS #4666657 |
| Email: adam.boyd@ghp-law.net | Assistant United States Attorney |
| | United States Attorney's Office |
| *s/ Ben Baumgartner* | 1201 Pacific Ave., Ste. 700 |
| BEN BAUMGARTNER | Tacoma, WA 98402 |
| Baumgartner Law Office | Phone: 253-428-3824 |
| 500 North Main St., Ste. 152 | Email: michelle.lambert@usdoj.gov |
| Newton, KS 67114 | |
| Phone: 316-6131621 | *Counsel for Defendants* |
| Email: ben@baumgartnerlawoffice.com | |
| *PHV Pending | |

*Counsel for Plaintiff*

STIPULATED MOTION TO DISMISS
2:22-cv-592 JLR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 19th day of August, 2022.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
2:22-cv-592 JLR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970